**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**METROPOLITAN LIFE INSURANCE COMPANY,**

    Plaintiff,

v.                                         Case No.  8:07-cv-2002-T-30MSS

**CARLENE ERICKSON, et al.,**

    Defendants.
_____/

**ORDER**

      THIS CAUSE comes before the Court upon Plaintiff Metropolitan Life Insurance Company's ("MetLife") Complaint in Interpleader (Dkt. 1), and Defendant Lonnie R. Erickson's Answer (Dkt. 17).  MetLife alleges that $11,800.00 in life insurance benefits arising from the death of Roland Erickson ("Decedent") are payable under the NCR Corporation Group Benefit Plan for Active Employees (the "Plan").  MetLife serves as the claims fiduciary of the Plan.  After receiving competing claims to the Plan benefits, and after concluding that it could not determine the proper beneficiary or beneficiaries, MetLife filed this action in interpleader.

      All of the individual defendants except Ronald Erickson have waived service of the summons and Complaint in this action.  Of these defendants, only Lonnie R. Nelson has timely filed an Answer to MetLife's Complaint.  In his answer, Nelson agrees with all of Plaintiff's allegations, except for noting that Defendant Ronald Erickson is now deceased.  Plaintiff acknowledges that Ronald Erickson is deceased, and has informed that Court that it is still attempting to serve the personal representative of his estate.

Upon review and consideration, it is ORDERED AND ADJUDGED that:

1. MetLife's request for interpleader of the subject benefits is GRANTED.

2. MetLife is directed to deposit the $11,800.00 in Plan benefits, plus applicable interest thereon (the "Plan Benefits"), into the Registry of the Court. MetLife may withhold the costs of filing this action and serving the defendants from the deposited funds.

3. MetLife shall have thirty (30) days to file a separate motion with appropriate supporting documentation in connection with its request for reasonable attorneys' fees and costs.

4. Upon compliance with this Order and service of all defendants in this action, MetLife, NCR Corporation, and the Plan shall be relieved from any further liability in connection with payment of the Plan Benefits.

5. The defendants shall have thirty (30) days to file appropriate pleadings asserting their claims to the Plan Benefits.

**DONE** and **ORDERED** in Tampa, Florida on March 25, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-2002.deposit funds.frm