**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**METROPOLITAN LIFE INSURANCE COMPANY,**

    Plaintiff,

v.                                            Case No.  8:07-cv-2002-T-30MSS

**CARLENE ERICKSON, et al.,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Notice of Deposit of Funds into Court Registry and Motion for Dismissal of MetLife From this Action With Prejudice (Dkt. 24).  The Court, having reviewed the motion, and being otherwise fully advised in the premises, determines the motion should be granted.

It is therefore ORDERED AND ADJUDGED that:

1.    Plaintiff's Motion for Dismissal of MetLife From this Action With Prejudice (Dkt. 24) is GRANTED.  Plaintiff is **DISMISSED** from this action with prejudice.

2.    MetLife, NCR Corporation, and the NCR Corporation Group Benefit Plan for Active Employees ("the Plan"), are discharged from any further liability in connection with the life insurance benefits payable under the Plan in the amount of $11,800.00, plus any applicable interest, ("Plan Benefits") arising as a consequence of the death of Roland Erickson.

3. Defendants, and their successors and assigns, are permanently enjoined and restrained from instituting or prosecuting any other action, prosecution, or proceeding, in any State or United States Court, against MetLife, NCR Corporation, and/or the Plan with respect to the Plan Benefits.

4. The Court retains jurisdiction to determine the proper disposition of the Plan Benefits. All defendants purporting to claim an interest in the Plan Benefits shall have thirty (30) days from the date hereof to file a claim with this Court and serve a copy thereof on all other defendants.

**DONE** and **ORDERED** in Tampa, Florida on May 29, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-2002.dismissal.frm